UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MATTHEW GONZALES,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>RALPH DIAZ,<br><br>　　　　　Respondent. | Case No. CV 19-8076-CAS (KK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Respondent's Motion to Dismiss is GRANTED; and (2) Judgment be entered dismissing this action without prejudice.

Dated: April 17, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　　　United States District Judge