JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MATTHEW GONZALES, | Case No. CV 19-8076-CAS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| RALPH DIAZ, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: April 17, 2020

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge